UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RESIDENTIAL FUNDING CORPORATION, a Delaware corporation,

Plaintiff,

vs.

CLASSIC FINANCIAL CORPORATION, a California corporation,

Defendant.

Case No. 00-CV-781 (ADM/AJB)

**STIPULATION AND ORDER EXTENDING TIME OF DEFENDANT TO FILE RESPONSIVE PLEADINGS OR MOTIONS**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their undersigned counsel, that Defendant be permitted an extension up to and including May 5, 2000, to file a responsive pleading or motion in the above-entitled action.

Dated: 4/17/00

Paul Robbennolt

Paul J. Robbennolt (#240497)
Thomas L. Nuss (#0287453)
**DORSEY & WHITNEY, LLP**
1300 Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
(612) 340-2600

ATTORNEYS FOR PLAINTIFF

Dated: 4/17/00

Patrick H. O'Neill

Patrick H. O'Neill, Jr. (#207950)
**O'NEILL & MURPHY, LLP**
1250 World Trade Center
30 East Seventh Street
Saint Paul, MN 55101
(651) 292-8100

ATTORNEYS FOR DEFENDANT

FILED 4-18-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED that Defendant is granted an extension up to and including May 5, 2000, to file a responsive pleading or motion in the above-entitled action.

BY THE COURT:

Dated: April 18, 2000

Ann D. Montgomery
Judge of U.S. District Court



DEPUTY CLE